JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD DEWAYNE SMITH, **Plaintiff,** v. NANCY A. BERRYHILL, Acting Commissioner of Social Security, **Defendant.** | NO. EDCV 16-1178-KS<br><br>JUDGMENT |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: August 28, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE