# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEONARD SMITH, | ) | NO. EDCV 16-2298-KS |
| Plaintiff, | ) | |
| v. | ) | ORDER AWARDING EAJA FEES |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | ) | |
| Defendant. | ) | |

Based upon the Stipulation for Award of EAJA Fees ("Stipulation"), which was filed on September 22, 2017, IT IS ORDERED that fees in the amount of $3,000.00 as authorized by 28 U.S.C. § 2412(d) shall be awarded, subject to terms of the Stipulation.

DATED: September 25, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE